UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 28  P 4: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

NATIONAL COUNCIL OF ARCHITECTURAL
REGISTRATION BOARDS,

*Plaintiff,*

v.

SANDRA LUCE,

*Defendant.*

CIVIL ACTION NO.: 04-10583-EFH

## MOTION TO APPROVE AND ENTER CONSENT JUDGMENT

Plaintiff, the National Council of Architectural Registration Boards ("NCARB"), and defendant, Sandra Luce, jointly move the Court to approve the Consent Judgment submitted herewith and enter it as the Final Judgment in this action.

NATIONAL COUNCIL OF
ARCHITECTURAL REGISTRATION
BOARDS

By its attorneys,

_____
C. Dylan Sanders (BBO #630668)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

SANDRA LUCE

By her attorneys,

_____
James B. Peloquin (BBO #544168)
CONN KAVANAUGH ROSENTHAL PEISCH
  & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200 (*telephone*)
(617) 482-6444 (*fax*)

Dated: May 28, 2004

~BOST1:299059.v1
308324-4