UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF ARCHITECTURAL REGISTRATION BOARDS,<br><br>*Plaintiff,*<br><br>v.<br><br>SANDRA LUCE,<br><br>*Defendant.* | CIVIL ACTION NO.: 04-10583-EFH |

## **CONSENT JUDGMENT**

Plaintiff, the National Council of Architectural Registration Boards ("NCARB"), and defendant, Sandra Luce, hereby consent to the entry of judgment, as follows:

WHEREAS, plaintiff NCARB is a not-for-profit corporation organized under the laws of Iowa, with a principal office in Washington, DC;

WHEREAS, defendant Sandra Luce is an individual residing at 85 Clay Street, Unit A, Cambridge, Massachusetts;

WHEREAS, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1338 and venue is proper in this Court under 28 U.S.C. § 1391;

WHEREAS, NCARB is a federation of the architect registration boards of all fifty states, the District of Columbia, and four U.S. territories (Guam, the Northern Mariana Islands, Puerto Rico, and the Virgin Islands);

WHEREAS, NCARB's member registration boards are the governmental entities that license and regulate the practice of architecture in each jurisdiction in the nation;

WHEREAS, the registration of architects is one means by which these governmental registration boards fulfill their mission to safeguard the public health, safety, and welfare.

WHEREAS, among other roles, NCARB develops and administers the ARE, an examination that tests candidates for their knowledge, skills, and abilities to competently practice architecture independently;

WHEREAS, the ARE has been adopted for use by all U.S. state and territorial registration boards, as well as the Canadian provincial architectural associations, as the registration examination for candidates for architectural registration;

WHEREAS, all questions for the ARE are kept in strict confidence;

WHEREAS, the ARE, its questions and all related material are copyrighted by NCARB and registered as confidential "secure tests";

WHEREAS, to maintain the integrity of the ARE and the confidentiality of the exam questions, specific security measures are enforced at all testing centers;

WHEREAS, prior to taking each one of the ARE's nine divisions, each examination candidate is required to enter into a Confidentiality Agreement with NCARB, which specifically prohibits disclosure of exam content;

WHEREAS, Ms. Luce took the General Structures division of the ARE at a test center in Boston, Massachusetts, on March 5, 2004;

WHEREAS, at the start of the exam, prior to receiving any examination questions, Ms. Luce entered into the Confidentiality Agreement;

WHEREAS, the day after taking the General Structures division of the ARE, Ms. Luce, from memory, published questions (or paraphrases thereof) from the exam

division that she took on an internet website used by ARE examination candidates to share information and documents concerning the ARE;

WHEREAS, NCARB commenced this action seeking injunctive relief to protect the integrity of and public confidence in the ARE.

NOW, THEREFORE, NCARB and Luce, by and through their attorneys, hereby agree and consent to the following:

1. Defendant Luce is hereby permanently enjoined and prohibited from infringing in any manner on NCARB's copyrights and from copying, reproducing, duplicating, paraphrasing, distributing, divulging, disclosing, disseminating, publishing, displaying, preparing derivative works based on, sharing or communicating orally, in writing or otherwise, any exam question or questions that are from or substantially identical to any questions from any division of the ARE.

2. This shall be the complete and final judgment in this action, except that this Court shall have continuing jurisdiction to enforce the terms of this Consent Judgment. The plaintiff shall take nothing on Counts I-III of the Complaint.

-BOST1:298733.v1
308324-4

3.  Each side shall bear its own attorneys' fees, expenses, and costs.

| | |
|---|---|
| NATIONAL COUNCIL OF ARCHITECTURAL REGISTRATION BOARDS | SANDRA LUCE |
| By its attorneys, | By her attorneys, |
| C. Dylan Sanders (BBO #630668)<br>PIPER RUDNICK LLP<br>One International Place, 21st Floor<br>100 Oliver Street<br>Boston, MA 02110-2600<br>(617) 406-6000 (*telephone*)<br>(617) 406-6100 (*fax*) | James B. Peloquin (BBO #544168)<br>CONN KAVANAUGH ROSENTHAL PEISCH<br>  & FORD, LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>(617) 482-8200 (*telephone*)<br>(617) 482-6444 (*fax*) |

SO ORDERED:

Hon. Edward F. Harrington
United States District Court
  for the District of Massachusetts

Dated: June 3, 2004 ~~May 28, 2004~~

4

-BOST1:298733.v1
308324-4